**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Michael Lawrence BRANCH,**
**Defendant—Appellant.**

No. 10–6083.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 15, 2010.

Decided: Oct. 18, 2010.

Michael Lawrence Branch, Appellant Pro Se. Andrea L. Smith, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before KING, GREGORY, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Lawrence Branch appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Branch,* No. 1:05–cr–00016–CCB–1, 2009 WL 5178303 (D.Md. Dec. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*